# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
_____

**ALTHEA JOHNSON**

    vs.                      **CASE NUMBER:**   6:03-cv-1510
                                                                       (FJS/RFT)

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Report-Recommendation and Order of Magistrate Judge Treece dated January 31, 2008 is adopted in its entirety. It is Further Ordered that the Commissioner's decision is Affirmed and Plaintiff's Complaint is Dismissed.

All of the above pursuant to the order of the Honorable Senior District Judge Frederick J. Scullin, dated the 30th day of March, 2009.


DATED: March 30, 2009

                                                                    *[signature]*
                                                                    Clerk of Court


                                                                    s/_____
                                                                    Melissa Ennis
                                                                    Deputy Clerk